# LAW OFFICES OF WILLIAM M. McCARTHY

ATTORNEYS AND COUNSELORS AT LAW
60 SOUTH SWAN STREET
ALBANY, NY 12210
TELEPHONE (518) 434-6141
FACSIMILE (518) 434-6140
Email: william.mccarthy@7trustee.net

June 23, 2011

U.S. Bankruptcy Court
James T. Foley Courthouse
445 Broadway, Suite 327
Albany, New York 12207

RE: Bankruptcy Estate of **Raymond Eugene Matterson**
Bankruptcy No. **07-10828** - Chapter 7

Dear Clerk:

Enclosed please find our Trustee's check number 10119 in the sum of $8.88 representing funds uncashed after the 90 day period in the above captioned bankruptcy estate. This check replaces the following check(s):

Check No.10116 in the amount of $8.88 payable to Ackner Fuels, Inc., PO Box 580, Averill Park, New York dated March 17, 2011.

Thank you.

Very truly yours,

William M. McCarthy

WMM/dvo
Enc.

*RECEIVED & FILED JUN 24 2011 OFFICE OF THE BANKRUPTCY CLERK ALBANY, NY*